IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHILLIP N. PARTAIN,**
    Plaintiff,

vs.                              CASE NO.: 3:07cv121/MCR/MD

**SOCIAL SECURITY ADMINISTRATION, et al.,**
    Defendants.
_____/

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 13, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is dismissed for failure to state a cognizable claim and for plaintiff's failure to keep the court apprised of a valid address and to prosecute this action.

    DONE AND ORDERED this 2nd day of May, 2007.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**